THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 William H. Brewster, Appellant.
 
 
 
 
 

Appeal From York County
Brooks P. Goldsmith, Circuit Court Judge

Unpublished Opinion No. 2010-UP-193
 Submitted March 1, 2010  Filed March 8,
2010

APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of
 Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General
 Salley W. Elliott, all of Columbia; and Solicitor Kevin Scott Brackett, of
 York, for Respondent.
 
 
 

PER CURIAM:  William
 H. Brewster pled no contest to possession of a stolen vehicle and failure to
 stop for a blue light.  He appeals, arguing the plea was rendered involuntary
 by the plea court's failure to explain his right to grand jury presentment.  After a thorough review of the record and counsel's
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1]
APPEAL DISMISSED.  
PIEPER and GEATHERS, JJ.,
 and CURETON, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.